10 So.2d 60

**Clyde WISE v. STATE.**

7 Div. 656.

Court of Appeals of Alabama.

June 23, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

6 So.2d 908

**Claud WRIGHT v. STATE.**

8 Div. 209.

Court of Appeals of Alabama.

Feb. 3, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.